UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAIME GARCIA ROJAS B.,

    Plaintiff,

  v.

JEFFREY FRANKEL, et al.,

    Defendants.

NO. C06-602JLR

ORDER

On October 5, 2006, the court issued an order to show cause why the court has subject matter jurisdiction over this action. Plaintiff responded with an affidavit describing her allegations against a King County Superior Court judge as well as a court reporter. She alleges corruption in an unspecified proceeding in that court, and seeks to subpoena records of the proceeding. Plaintiff's allegations, even if true, do not state a basis for federal jurisdiction in this matter. This court does not review state court decisions, and has no plenary power to review allegations of corruption against state courts. The court therefore DISMISSES this action for lack of subject matter jurisdiction and directs the clerk to enter judgment consistent with this order.

Dated this 1st day of November, 2006.

JAMES L. ROBART
United States District Judge

ORDER - 1